UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.A., *a minor*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PANAMA BUENA VISTA UNION SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No.  1:22-cv-01057-BAK (EPG)<br><br>ORDER DENYING MOTION TO APPOINT GUARDIAN AD LITEM WITHOUT PREJUDICE<br><br>(ECF No. 2). |

On August 22, 2021, Plaintiff W.A., a minor, through counsel, filed this action under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.*, and California Education Code § 56000 *et seq.* (ECF No. 1). Currently before the Court is Plaintiff's petition to appoint his mother, Victoria A., as his guardian ad litem. (ECF No. 2). Because the motion does not comply with Local Rule 202, the Court will deny it without prejudice.

### I.     LEGAL STANDARDS

Under Federal Rule of Civil Procedure 17(c)(2), "[a] minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem." Fed. R. Civ. P. 17(c)(2). Local Rule 202 further states, in pertinent part:

> (a) **Appointment of Representative or Guardian.** Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a

showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. *See* Fed. R. Civ. P. 17(c).

. . .

(c) **Disclosure of Attorney's Interest.** When the minor or incompetent is represented by an attorney, it shall be disclosed to the Court by whom and the terms under which the attorney was employed; whether the attorney became involved in the application at the instance of the party against whom the causes of action are asserted, directly or indirectly; whether the attorney stands in any relationship to that party; and whether the attorney has received or expects to receive any compensation, from whom, and the amount.

E.D. Cal. L.R. 202. The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land,* 795 F.2d 796, 804 (9th Cir. 1986).

## II. DISCUSSION

The motion states that Plaintiff W.A. is ten years old and a minor. (ECF No. 2). According to the motion, W.A. does not have a guardian ad litem or duly appointed represenative, except that Victoria A. has been appointed W.A.'s guardian ad litem in *W.A. v. Panama-Buena Vista Union School District*, No. 1:21-cv-0539-JLT-BAK. (*Id.*). As the proposed guardian ad litem in this action, Victoria A., "has no interests adverse to the rights of W.A. and is competent and responsible to represent W.A. fully in this action. As W.A.'s mother, she is ideally situated to enforce her son's rights under 20 U.S.C. § 1400 *et seq.*" (*Id.*).

The petition does not comply with Local Rule 202(c). Although Plaintiff W.A. has appeared through counsel in this matter, the petition does not disclose the terms under which the attorney was employed; whether the attorney became involved at the insistence of any of the Defendants, directly or indirectly; whether the attorney stands in any relationship to Defendants; and whether the attorney has received or expects to receive any compensation, from whom, and the amount. L.R. 202(c). The Court will therefore deny the petition without prejudice to filing a motion that complies with Local Rule 202.

///

///

### III.     CONCLUSION AND ORDER

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's motion to appoint Victoria A. as guardian ad litem (ECF No. 2) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **August 24, 2022**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

3