1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 W.A., a minor, by and through his guardian ad litem Victoria Anderson<br><br>12<br><br>13 Plaintiff,<br><br>14 v.<br><br>15 PANAMA BUENA VISTA UNION SCHOOL DISTRICT,<br><br>16 Defendant.<br><br>17 | Case No. 1:22-cv-01057-CDB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PLAINTIFF'S FAILURE TO PROSECUTE THIS ACTION AND TO COMPLY WITH THE COURT'S ORDERS; ORDER CONTINUING THE MANDATORY SCHEDULING CONFERENCE<br><br>**THREE-DAY DEADLINE** |

18          Plaintiff filed a complaint in this action on August 22, 2022. (ECF No. 1.)  That same

19 day, the Clerk of Court issued a summons and the Court entered an Order setting a mandatory

20 scheduling conference.  (ECF Nos. 4, 5.)  The Order directed Plaintiff to "diligently pursue

21 service of summons and complaint" and "promptly file proofs of service."  The Order further

22 advised Plaintiff that failure to diligently prosecute this action "may result in the imposition of

23 sanctions, including the dismissal of unserved defendants."  To date, Plaintiff has not filed proofs

24 of service, and the defendants have not appeared in the action

25          Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these

26 Rules or with any order of the Court may be grounds for imposition by the Court of any and all

27 sanctions . . . within the inherent power of the Court."  The Court has the inherent power to

28 control its docket and may, in the exercise of that power, impose sanctions where appropriate,

1  including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.

2  2000).

3          Based on the foregoing, IT IS HEREBY ORDERED that **within three (3) days** of entry

4  of this order, the plaintiff **SHALL** show cause why sanctions should not be imposed for the

5  failure to prosecute this action and to serve the summons and complaint in a timely manner.

6  Alternatively, the plaintiff may file a proof of service demonstrating the summons and complaint

7  has been served.

8          IT IS FURTHER ORDERED that the scheduling conference previously set for December

9  6, 2022, is CONTINUED to January 11, 2023 at 9:30 a.m.

10          Plaintiff is advised that failure to respond to this Order to Show Cause may result in

11  dismissal of this action.

12  IT IS SO ORDERED.

13  Dated:   **November 7, 2022**

14                             UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28