UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.A., a minor, by and through his guardian ad litem VICTORIA ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PANAMA BUENA VISTA UNION SCHOOL DISTRICT,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01057-CDB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES' FAILURE TO COMPLY WITH THE COURT'S ORDERS<br><br>**FIVE-DAY DEADLINE** |

　　　　Plaintiff commenced this action with the filing of a complaint on August 22, 2022 (ECF No. 1). On the same day, the Clerk of Court issued a Summons and new case documents, including an Order Setting Mandatory Scheduling Conference and Initial Scheduling Order. (ECF Nos. 4, 5). The Initial Scheduling Order required the parties complete and return an attached "Consent/Decline of U.S. Magistrate Judge Jurisdiction form" within 90 days of the day that this action was filed (*e.g.*, on or before November 20, 2022). As of the date of this Order, both parties have failed to file a completed consent/decline form pursuant to the Court's instructions.

　　　　Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Based on the foregoing, IT IS HEREBY ORDERED, not later than **January 16, 2023**, BOTH parties SHALL show cause in writing why sanctions should not be imposed for their failure to comply with the Court's order. Alternatively, the parties may file a completed jurisdiction consent/decline form on or before January 16, 2023.[1]

The parties are advised that failure to respond to this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **January 10, 2023**                                    _____
                                                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] On December 20, 2022, the Court vacated the Scheduling Conference because Defendant had not appeared or answered the complaint and appeared to be in default for failing to timely file a responsive pleading under Rule 12(a)(1)(A). (ECF No. 15). Plaintiff did not move for entry of default, and Defendant thereafter filed a motion to dismiss, which likewise may be untimely. (ECF Nos. 16, 17) The fact that the Court at this point has allowed a party (Defendant) to proceed in the suit does not automatically put the party in the position of one who is making a timely response to a complaint.