David M. Grey, Esq.  Bar #124793
david@greyslaw.com
Grey & Grey
3205 Ocean Park Blvd., Suite 260
Santa Monica, CA 90405
310/444-1980   fax 310/444-1970

Attorneys for Plaintiff
W.A. a minor, by and through his Guardian Ad
Litem, Victoria Anderson

UNITIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.A., a minor, by and through his Guardian Ad Litem, Victoria Anderson | Case No. 1:22-cv-01057-JLT-CDB |
| Plaintiff, | [~~Proposed~~] Order |
| vs. | |
| Panama-Buena Vista Union School District, | |
| Defendants. | |

Based upon the Stipulation of the parties and good cause appearing

therein:

1. Panama's motion to dismiss under rule 12(b)(5) (ECF 16) is taken off

1

calendar; and

2. Panama's motion to dismiss under rule 12(b)(6) (ECF 17) is deemed a timely filing.

IT IS SO ORDERED.

Dated:   **January 23, 2023**

UNITED STATES DISTRICT JUDGE