# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

W.A.,

CASE NO: **1:22−CV−01057−JLT−CDB**

v.

**PANAMA BUENA VISTA UNION SCHOOL
DISTRICT,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried,
heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE
COURT'S ORDER FILED ON 8/2/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **August 2, 2024**

by: _/s/  A. Lawrence_____
                    Deputy Clerk